73 A.3d 565

**Henry P. SKOCZALEK, Appellant**

v.

**INMATE ACCOUNTING OFFICE, SCI Huntingdon; John Wetzel, Secretary, Department of Corrections; Attorney General of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

Aug. 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2013, the Order of the Commonwealth Court is **AFFIRMED.**